UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

AMY K. HENSLER,
    Plaintiff

v.    CAUSE NO. 2:21-cv-100-JMS-MJD

KELLER LOGISTICS INC.,
    Defendant

### ORDER APPROVING FLSA SETTLEMENT AGREEMENT AND DISMISSING ACTION WITH PREJUDICE

This matter comes before the Court upon the parties' Joint Motion for Approval of FLSA Settlement Agreement and Dismissal of Action with Prejudice. [Dkt. 32] The Court, having reviewed said motion and being duly advised, hereby **GRANTS** the motion [32] and finds that the settlement reached by the parties on June 15, 2021, and as recited in the motion, to be fair and reasonable under the terms of the Fair Labor Standards Act and controlling case law and it is therefore **APPROVED** in all respects.

In addition, the Court hereby GRANTS the parties' joint motion to dismiss; the parties are hereby **DISMISSED WITH PREJUDICE**. The Clerk is hereby directed to close this matter.

SO ORDERED.

Date: 7/14/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.